UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  2:20–cv–07322–MWF–JEM     Date      February 23, 2023

Title     KORBI BLANCHARD V. EQUINOX HOLDINGS, INC. ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                        Not Reported;
       Courtroom Deputy                      Court Reporter

   Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):
           None Present                            None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed (Email to CRD on 2/21/23), the Court
sets a hearing on Order To Show Cause Re Dismissal for March 27, 2023 at 11:30 AM.
If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar
and no appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

                                                    Initials of Clerk: _rs_