JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORBI BLANCHARD,<br><br>        Plaintiff,<br><br>   v.<br><br>EQUINOX HOLDINGS, INC., et al.,<br><br>        Defendants. | Case No. CV 20-7322-MWF(JEMx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

Upon review of the parties' Stipulation (Docket No. 37) and for good cause shown, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice in its entirety.  Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  April 17, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge